

**OFFICE OF THE DISTRICT ATTORNEY**
**WESTCHESTER COUNTY**

WESTCHESTER COUNTY COURTHOUSE
111 Dr. Martin Luther King, Jr. Blvd.
White Plains, New York 10601
(914) 995-2000

**JANET DiFIORE**
DISTRICT ATTORNEY

March 17, 2008

Hon. Charles L. Brieant
United States District Judge
United States District Court
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re:  Selwyn Days v Graham
     07 Civ. 7484 (CLB)
     Update - Status of State Proceedings

Your Honor:

This petition was held in abeyance pending the determination of the petitioner's state court motion to vacate the judgment pursuant to NY CPL 440.10.

This letter is written to advise the Court that the matter has been fully submitted to the Hon. Jeffrey Cohen, Westchester County Court, and is pending the Court's decision. Respondent will provide updates to the Court as they occur.

Thank you for your consideration of this matter.

Very Truly Yours,

JANET DiFIORE
DISTRICT ATTORNEY

Joseph M. Latino
Assistant District Attorney

cc:  Selwyn Days
     04 A 3603
     Auburn Correctional Facility
     PO Box 618
     Auburn, New York 13021